# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SHELDON NEAL ZUNDELL, | Case number CV10-4919 AHM (PLAx) |
| Plaintiff, | |
| vs. | [Proposed] Order Dismissing Action |
| UNITED INFORMATION TECHNOLOGIES CORPORATION, a Delaware Corporation; et al, | |
| Defendants. | |

Based on the stipulation by and between the parties through their designated counsel, this entire matter is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear their respective fees and costs.

IT IS SO ORDERED.

DATED: June 3, 2011

Judge A. Howard Matz

JS-6

2.